**PROOF OF SERVICE**

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

>111 Pine Street, Suite 1350
>San Francisco, CA 94111

That I served the within:

> **RE:    C 07-3749 JF HRL**
>
> 1)   PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

>Alberto Gonzales (By Certified Mail)
>Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>US Attorneys Office (By Certified Mail)
>450 Golden Gate Avenue, Box 36055
>San Francisco, CA 94102
>Attn: Civil Process Clerk
>
>Office of the General Counsel (By Certified Mail)
>U.S. Department of Homeland Security
>Washington, DC 20528
>
>Robert S. Mueller, III (By Certified Mail)
>Director
>Federal Bureau of Investigations
>Office of the General Counsel
>Room 7427, 935 Pennsylvania Ave., N.W.,
>Washington, DC 20535

Executed this September 7, 2007 at San Francisco, California.

*Joanna Lai*