1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 PING ZHU,                          )   No. C07-3749 JF
                                      )
13                 Plaintiff,         )
                                      )
14       v.                           )
                                      )
15 MICHAEL CHERTOFF, Secretary,       )   DECLARATION OF MELANIE PROCTOR
   Department of Homeland Security;   )
16 ROBERT S. MUELLER, Director of the )
   Federal Bureau of Investigation,   )
17                                    )
                   Defendants.        )
18 _____)

19 I, Melanie Proctor, declare and state as follows:

20      1.    I am employed by the United States Attorney's Office, Northern District of

21 California, as an Assistant United States Attorney. My current employment address is 450 Golden

22 Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the

23 above-captioned matter.

24      2.    Plaintiff Ping Zhu served the United States Attorney's Office with the Complaint on

25 or about July 24, 2007. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(3)(A), Defendants' Answer

26 is due on September 24, 2007.

27      3.    On September 7, 2007, Plaintiff moved the Court to grant summary judgment in his

28 favor.

PROCTOR DECLARATION
07-3749JF

4. In his Complaint and in his Motion, Plaintiff alleges that Defendants have unreasonably delayed action on his application for adjustment of status. Defendants are still in the process of investigating the claims raised, and will be unable, in the time allowed, to gather affidavits and present facts essential to justify Defendants' opposition to Plaintiff's motion.

Signed this 10th day of September, 2007, in San Francisco, California.

                                        s/Melanie Proctor
                                        MELANIE PROCTOR