UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PING ZHU,                                                          ) No. C 07-3749 JF
                                                                           )
            Plaintiff,                                              )
                                                                           )
   v.                                                                )
                                                                           ) [PROPOSED] ORDER ON
MICHAEL CHERTOFF, Secretary,                         ) DEFENDANTS' RULE 56(f) MOTION
Department of Homeland Security;                      )
ROBERT S. MUELLER, Director of the               )
Federal Bureau of Investigation,                             )
                                                                           )
            Defendants.                                          )
                                                                           )

**ORDER**

It is hereby ordered that Plaintiffs' Motion for Summary Judgment is DENIED without prejudice.

Dated: _____

          JEREMY FOGEL
          United States District Judge

ORDER
C 07-3749 JF