1  JUSTIN X. WANG (CSB #166183)
   PEGGY A. SHIH (CSB #197545)
2  **BAUGHMAN & WANG**
   111 Pine Street, Suite 1350
3  San Francisco, California 94111
   Telephone: (415) 576-9923
4  Facsimile: (415) 576-9929

5  Attorney for Plaintiff
   PING ZHU

6              **UNITED STATES DISTRICT COURT**

7             **NORTHERN DISTRICT OF CALIFORNIA**

8                  **SAN JOSE DIVISION**

9

   PING ZHU                            )   Case No.: C 07-3749 JF
10                                      )
                                        )
11                                      )
                   Plaintiff,           )   **PLAINTIFF'S NOTICE OF**
12                                      )   **OPPOSITION TO DEFENDANTS'**
   vs.                                  )   **EX PARTE RULE 56(f) MOTION**
13                                      )
   MICHAEL CHERTOFF, Secretary of the   )
14 Department of Homeland Security;     )
   ROBERT S. MUELLER,                   )
15 Director of Federal Bureau of Investigation )   District Judge:  Honorable Jeremy Fogel
                                        )
16                 Defendants.          )
                                        )

17

18  TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

19       NOTICE IS HEREBY GIVEN that Plaintiff intends to file a written opposition to

20  Defendants' Ex Parte Motion Pursuant to Fed. R. Civ. P. 56(f) by Friday, September 14, 2007.

21

22  DATED: September 12, 2007                    Respectfully submitted,

23

24                                               _____/s/_____

25                                               Justin X. Wang

26                                               Attorney for Plaintiff

27

28