SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PING ZHU, ) | No. C07-3749 JF |
|              Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, Secretary, ) | DECLARATION OF MELANIE PROCTOR |
| Department of Homeland Security; ) | |
| ROBERT S. MUELLER, Director of the ) | |
| Federal Bureau of Investigation, ) | |
|              Defendants. ) | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

///

///

///

///

PROCTOR DECLARATION
07-3749JF

1    2.    On Monday, September 24, 2007, I attempted repeatedly to access the CM/ECF system to file Defendants' Answer to the Complaint. I made at least three attempts after 12:00 noon, each attempt separated by an hour. Each time, I received an "HTTP 404 - file not found" error message.

Signed this 25th day of September, 2007, in San Francisco, California.

                                                    s/Melanie Proctor
                                                    MELANIE PROCTOR

PROCTOR DECLARATION
07-3749JF                           2