\*\*E-filed 10/3/07\*\*

JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PING ZHU | Case No.: C 07-3749 JF |
| Plaintiff | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation | |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff request that this Court compel defendants to adjudicate his application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Case No.: C07-3749 JF
Parties' Request for ADR Exemption                F:\Joanna\Imm\Mandamus\Ping Zhu--Request for ADR Exemption.wpd

| | |
|---|---|
| Dated: September 28, 2007 | Respectfully submitted,<br>BAUGHMAN & WANG<br><br>_____<br>JUSTIN X. WANG<br>Attorneys for Plaintiff |
| Dated: September 28, 2007 | SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____<br>MELANIE L. PROCTOR<br>Assistant United States Attorney<br>Attorneys for Defendants |

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/2/07

_____
JEREMY FOGEL
United States District Judge

Case No.: C07-3749 JF
Parties' Request for ADR Exemption

J:\Joanna\Imm\Mandamus\Ping Zhu--Request for ADR Exemption.wpd