SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PING ZHU, | ) | No. C07-3749 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | JOINT CASE MANAGEMENT |
| Department of Homeland Security; | ) | STATEMENT; [PROPOSED] ORDER |
| ROBERT S. MUELLER, Director of the | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

    1. Jurisdiction and Service: There are no issues concerning personal jurisdiction. Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331 and 1361, and under the Administrative Procedure Act. All parties have been served.

    2. Facts: On January 20, 2005, Plaintiff filed a Form I-485 application for adjustment of status to Legal Permanent Resident with USCIS, based on his employment. On July 20, 2007, Plaintiff filed this Complaint for a Writ in the Nature of Mandamus, alleging that Defendants are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application, and asking the Court to compel USCIS to adjudicate his application for adjustment of status. Plaintiff's name check is still pending with the Federal Bureau of Investigation.

    3. Legal Issues: The principal legal issue the parties dispute is whether the Court has

1  jurisdiction to compel agency action in this case and if so, whether a writ a mandamus should issue
2  to remedy Defendants' alleged unreasonable delay in adjudicating Plaintiff's application.
3      4.  Motions: Plaintiff filed a motion for summary judgment on September 7, 2007, noticing
4  October 19, 2007 for a hearing.  Pursuant to Fed. R. Civ. P. 56(f), Defendants moved the Court to
5  refuse the motion or extend the hearing date. The Court has not ruled on either motion.
6      5.  Amendment of Pleadings: None.
7      6.  Evidence Preservation: None.
8      7.  Disclosures: The parties agree that this Court's review will be confined to the
9  administrative record and therefore this proceeding is exempt from the initial disclosure
10 requirements under Fed. R. Civ. P. 26.
11     8.  Discovery: There has been no discovery to date and the parties believe this matter can be
12 resolved without discovery.  No experts will be designated.
13     9.  Class Actions: Not applicable.
14     10.  Related Cases: None.
15     11.  Relief: Plaintiff asks the Court to direct the agency to adjudicate his adjustment of status
16 application and asks for an award of attorneys' fees.  This case does not involve damages.
17     12.  Settlement and ADR: The parties have filed a Joint Request to Be Exempt From Formal
18 ADR.
19     13.  Consent to Magistrate Judge for All Purposes: Plaintiff does not consent to assignment
20 of this case to a United States Magistrate Judge.
21     14.  Other References: None.
22     15.  Narrowing of Issues: None.
23     16.  Expedited Schedule: The parties believe this matter can be solved through the motions.
24     17.   Scheduling: Both the Case Management Conference and the hearing on Plaintiff's
25 Motion for Summary Judgment are currently scheduled for hearing on October 19, 2007.
26 Proceeding on that date would not allow Defendants time to file a reply in support of their cross
27 motion. Accordingly, the parties propose the following dates:
28 ///

| | | |
|---|---|---|
| 1 | Last day for Defendants to oppose and cross move: | October 19, 2007 |
| 2 | Last day for Plaintiff to reply and oppose: | October 26, 2007 |
| 3 | Last day for Defendants to reply: | November 2, 2007 |

The parties believe this action may be resolved on the papers, and request the Court to take the matter under submission without oral argument. The parties request the Court to vacate the Case Management Conference scheduled for October 19, 2007.

18. Trial: The parties believe the matter can be resolved through the motions for summary judgment.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: October 3, 2007                                       Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                             /s/
                                                             MELANIE L. PROCTOR[1]
                                                             Assistant United States Attorney
                                                             Attorneys for Defendants

Dated: October 3, 2007                                       /s/
                                                             JUSTIN WANG
                                                             Attorney for Plaintiffs

**CASE MANAGEMENT ORDER**

The Case Management Conference scheduled for October 19, 2007 is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: _____                                       _____
                                                             JEREMY FOGEL
                                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 07-3749 JF                                       3