\*\*E-filed 10/22/07\*\*

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PING ZHU, | No. C 07-3749 JF |
|     Plaintiff, | |
| v. | **EX PARTE** MOTION TO EXTEND DATE TO FILE DEFENDANTS' OPPOSITION |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | |
|     Defendants. | |

    Defendants respectfully request an extension of time to file their opposition and cross motion for summary judgment. It appears that this case may be resolved within the next two weeks; accordingly, Defendants ask the Court to extend the filing date to November 2, 2007. Plaintiff has no opposition to this request.

Dated: October 18, 2007                      Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                                   /s/
                                              MELANIE L. PROCTOR
                                              Assistant U.S. Attorney
                                              Attorneys for Defendants.

**ORDER**

Defendants' opposition to Plaintiff's motion for summary judgment and cross motion for summary judgment shall be filed no later than November 2, 2007.   IT IS SO ORDERED.

Dated:    10/18/07

_____
JEREMY FOGEL
United States District Judge