1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 PING ZHU,                              )   No. C 07-3749 JF
                                          )
13                Plaintiff,              )
                                          )
14        v.                              )   **STIPULATION TO DISMISS;**
                                          )   **[PROPOSED ORDER]**
15 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )
16 ROBERT S. MUELLER, Director of the     )
   Federal Bureau of Investigation,       )
17                                        )
                  Defendants.             )
18 _____)

19        Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services has approved Plaintiff's application for adjustment of status.

23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATED DISMISSAL
C 07-3749 JF

The parties shall bear their own costs and fees.

Dated: October 25, 2007                                            /S/
                                                              MELANIE L. PROCTOR[1]
                                                              Assistant United States Attorney
                                                              Attorney for Defendants


Dated: October 24, 2007                                             /s/
                                                              JUSTIN WANG
                                                              Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                                        _____
                                                              JEREMY FOGEL
                                                              United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3749 JF                                  2