**\*\*E-filed 10/31/07\*\***

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12 PING ZHU,                              )   No. C 07-3749 JF
                                          )
13                 Plaintiff,             )
                                          )
14         v.                             )   **STIPULATION TO DISMISS;**
                                          )   [~~**PROPOSED**~~ **ORDER]**
15 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;      )
16 ROBERT S. MUELLER, Director of the    )
   Federal Bureau of Investigation,       )
17                                        )
                   Defendants.            )
18 _____ )

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services has approved Plaintiff's application for adjustment of status.

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATED DISMISSAL
C 07-3749 JF

1  The parties shall bear their own costs and fees.

Dated: October 25, 2007                               /S/
                                                      MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorney for Defendants


Dated: October 24, 2007                               /s/
                                                      JUSTIN WANG
                                                      Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   10/31/07
                                                      _____
                                                      JEREMY FOGEL
                                                      United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3749 JF                              2